GEORGIA RAILROAD AND BANKING COMPANY *v.* HURT.

LEWIS, J. 1. The assignment of error as to admitting evidence does not disclose what objection was made thereto when offered, and consequently is without merit here.

2. This was an action against a railroad company for personal injuries, in which the plaintiff established his own freedom from fault ; and, under his pleadings and the evidence, it was a question for the jury whether he was injured in one of the ordinary risks of his employment or because of the negligence of fel-

low-servants, for which the company is, under our statutes, liable. Accordingly this court will not set aside, after its approval by the trial judge, a verdict returned in the plaintiff's favor.

*Judgment affirmed.  All the Justices concurring, except Simmons, C. J., and Cobb, J., absent.*

Argued January 29, — Decided February 28, 1901.

Action for damages.   Before Judge Brinson.   McDuffie superior court.   January 19, 1900.

*Joseph B. & Bryan Cumming*, for plaintiff in error.
*Thomas E. Watson* and *Samuel H. Sibley*, contra.